BL9115954

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

IN RE: JUANITO D. ALGOSO JR  : Chapter: 13
:
:
:
: CASE NO: 1:13-01389-MDF
:

**NOTICE OF ADDRESS CHANGE**

eCast Settlement Corporation hereby changes its address for its claim number 23, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL, SUITE 200
    TUCSON, AZ  85712

New Address for Notices and Payments:

    eCast Settlement Corporation
    PO Box 28136
    New York, NY 10087-8136
    610-228-2570
    proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator
    Becket & Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701

DATE: 7/15/2016

Case 1:13-bk-01389-MDF    Doc 65    Filed 07/15/16    Entered 07/15/16 07:06:29    Desc
Main Document    Page 1 of 1