IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

IN RE: JUANITO D. ALGOSO JR   :   Chapter:   13

: 

: 

: 

:   CASE NO:   1:13-01389-MDF

: 

**NOTICE OF ADDRESS CHANGE**

eCast Settlement Corporation hereby changes its address for its claim number 22, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

  3936 E FT. LOWELL, SUITE 200

  TUCSON, AZ  85712

New Address for Notices and Payments:

  eCast Settlement Corporation

  PO Box 28136

  New York, NY 10087-8136

  610-228-2570

  proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

  Gregory P Deegan, Claims Administrator

  Becket & Lee LLP

  PO Box 3001

  Malvern, PA 19355-0701

DATE:   7/15/2016