**Weinstein & Riley, P.S.**
2001 Western Ave, Suite 400
Seattle, WA 98121
Telephone: (877) 332-3543

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

In re:
Juanito D Algoso, Jr.,

        Debtor.

CHAPTER 13
CASE NO. 13-01389

NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM

SSN # XXX-XX-0659

TO: Attorney for the Debtor: Matthew Sembach
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of TD Bank USA, N.A., for account # **XXXXXXXXXXX5205**, in the amount of $2236.00 docketed by the court on **May 9, 2013**, claim number 13.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:   November 4, 2016

**Weinstein & Riley, P.S.**

/s/ Hailey Doty
Hailey Doty, Supervisor
Weinstein & Riley, P.S.
2001 Western Ave, Suite 400
Seattle, WA 98121
Telephone: (877) 332-3543
Representative for:   TD Bank USA, N.A.

**Weinstein & Riley, P.S.**
2001 Western Ave, Suite 400
Seattle, WA 98121
Telephone: (877) 332-3543

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

In re:
Juanito D Algoso, Jr.,

        Debtor.

CHAPTER 13
CASE NO. 13-01389

SSN # XXX-XX-0659

CERTIFICATE OF SERVICE

I, Hailey Doty, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 13 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on November 4, 2016 to the following parties:

**Trustee:**
Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**U.S. Trustee:**
Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

**Debtor's Counsel:**
Melanie Walz Scaringi
Scaringi and Scaringi, PC
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110

Dated: November 4, 2016

/s/ Hailey Doty
Hailey Doty