IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | § |
| | § Case No. 1:13-bk-01389-RNO |
| Juanito D. Algoso, Jr | § |
| | § |
| | § Chapter 13 |
| Debtor(s). | § |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2017, the *Application for Redaction of Personal Information* was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered users.

The undersigned hereby further certifies that on March 22, 2017, a true and correct copy of *Application for Redaction of Personal Information* was served in the following manner:

Juanito D. Algoso, Jr
4614 Berlkley Street
Harrisburg, PA 17109
*Debtor(s)*
**Via U.S. First Class Mail**

Melanie Walz Scaringi
Scaringi and Scaringi, PC
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110
*Counsel to the Debtor(s)*
**Served Electronically**

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Trustee*
**Served Electronically**

Office of The United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
**Served Electronically**

*/s/ John M. Steidle*
John M. Steidle, Esquire
Attorney ID No. 84404
BURNS WHITE LLC
Burns White Center
48 26th Street
Pittsburgh, PA 15222
Phone: (412) 995-3000
Fax: (412) 995-3300
jmsteidle@burnswhite.com