```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: DDunbar         Page 1 of 1          Date Rcvd: Mar 21, 2017
                            Form ID: pdf010       Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
db           +Juanito D. Algoso, Jr,    4614 Berlkley Street,    Harrisburg, PA 17109-4403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    M&T Bank ASwartz@mwc-law.com,  ecfmail@mwc-law.com
          Bass and Associates PC   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          John Michael Steidle    on behalf of Creditor   Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
           jmsteidle@burnswhite.com,  lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
          Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melanie Walz Scaringi    on behalf of Debtor Juanito D. Algoso, Jr kelly@scaringilaw.com,
           melanie@scaringilaw.com
          Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JUANITO D. ALGOSO, JR

               Debtor(s)

Chapter         **13**

Case Number:     **1:13-bk-01389-RNO**

## ORDER

      It is hereby, **ORDERED** that the Application Requesting Redaction of personal Information is:

      **GRANTED.** The Redacted document(s) must be filed with the Court within fourteen (14) days of the date of this Order by the:   **Applicant**

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: March 21, 2017