```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 13-01389-RNO
Juanito D. Algoso, Jr                                            Chapter 13
         Debtor              CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar              Page 1 of 2         Date Rcvd: Nov 13, 2017
                              Form ID: 3180W             Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
```
db            +Juanito D. Algoso, Jr,    4614 Berlkley Street,    Harrisburg, PA 17109-4403
4280242      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,    Processing Center,    Des Moines, IA 50364)
4280240       +Dauphin County Tax Claim Bureau,    1st Fl- Dauphin Co Admin Building,    PO Box 1295,
               Harrisburg, PA 17108-1295
4307235        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
4300992       +M&T Bank,   PO BOX 1508,    Buffalo,New York 14240-1508
4318708       +MT Bank,   80 Holtz Drive,    Cheektowaga NY 14225-1470
4282423       +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
4280239      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Citizens Bank,    PO Box 18204,    Bridgeport, CT 06601)
4333142        eCAST Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: bncmail@w-legal.com Nov 13 2017 19:00:47     TD Bank USA, N.A.,
               C/O Weinstein & Riley, P.S,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
4280228       +EDI: AMEREXPR.COM Nov 13 2017 19:03:00      American Express,    PO Box 1270,
               Newark, NJ 07101-1270
4343382        EDI: BECKLEE.COM Nov 13 2017 19:03:00      American Express Bank FSB,   c/o Becket and Lee LLP,
               POB 3001,   Malvern PA 19355-0701
4280229       +EDI: BANKAMER.COM Nov 13 2017 19:03:00      Bank of America,    PO Box 15019,
               Wilmington, DE 19886
4280230        EDI: BANKAMER2.COM Nov 13 2017 19:03:00      Bank of America,    PO Box 15726,
               Wilmington, DE 19886
4280235       +EDI: TSYS2.COM Nov 13 2017 19:03:00      Barclays,    PO Box 13337,   Philadelphia, PA 19101-3337
4280236        EDI: HFC.COM Nov 13 2017 19:03:00      Best Buy,    PO Box 15524,   Wilmington, DE 19850
4280237       +EDI: HFC.COM Nov 13 2017 19:03:00      Boscovs,    PO BOX 4274,   Reading, PA 19606-0674
4280238       +EDI: CAPITALONE.COM Nov 13 2017 19:03:00      Capital One Bank,    PO Box 71083,
               Charlotte, NC 28272-1083
4343984        EDI: BL-BECKET.COM Nov 13 2017 19:03:00      Capital One NA,    c/o Becket and Lee LLP,
               POB 3001,   Malvern PA 19355-0701
4291411       +EDI: BASSASSOC.COM Nov 13 2017 19:03:00      Capital One, N.A.,   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, Az 85712-1083
4280241        EDI: DISCOVER.COM Nov 13 2017 19:03:00      Discover,    PO Box 15251,   Wilmington, DE 19886
4283148        EDI: DISCOVER.COM Nov 13 2017 19:03:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,   New Albany, OH 43054-3025
4280243        EDI: IRS.COM Nov 13 2017 19:03:00      Internal Revenue Service,    PO Box 21126,
               Philadelphia, PA 19114
4320685        EDI: JEFFERSONCAP.COM Nov 13 2017 19:03:00      Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617
4280244       +EDI: CBSKOHLS.COM Nov 13 2017 19:03:00      Kohls,    PO Box 2983,   Milwaukee, WI 53201-2983
4280245       +EDI: RMSC.COM Nov 13 2017 19:03:00      Lowes,    PO Box 530914,   Atlanta, GA 30353-0914
4280246        E-mail/Text: camanagement@mtb.com Nov 13 2017 19:00:33     M&T BANK,    1100 WEHRLE DRIVE,
               2ND FLOOR,   Buffalo, NY 14221
4298842        E-mail/Text: camanagement@mtb.com Nov 13 2017 19:00:33     M&T Bank,    P.O. Box 1288,
               Buffalo, NY 14240
4334561       +EDI: OPHSUBSID.COM Nov 13 2017 19:03:00      OAK HARBOR CAPITAL VII, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4280248       +EDI: RMSC.COM Nov 13 2017 19:03:00      Old Navy,    PO Box 981400,   El Paso, TX 79998-1400
4335459        EDI: PRA.COM Nov 13 2017 19:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
4280250       +EDI: SEARS.COM Nov 13 2017 19:03:00      SEARS,    PO BOX 183081,   Columbus, OH 43218-3081
4280249       +EDI: RMSC.COM Nov 13 2017 19:03:00      Sams Club,    PO Box 530942,   Atlanta, GA 30353-0942
4314211       +E-mail/Text: bncmail@w-legal.com Nov 13 2017 19:00:47     TD BANK USA, N.A.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4280251       +EDI: WTRRNBANK.COM Nov 13 2017 19:03:00      Target,    PO Box 673,   Minneapolis, MN 55440-0673
4280252       +EDI: RMSC.COM Nov 13 2017 19:03:00      Wal-Mart,    PO Box 981400,   El Paso, TX 79998-1400
4280253       +EDI: WFFC.COM Nov 13 2017 19:03:00      Wells Fargo,    P.O. Box 5185,
               Sioux Falls, SD 57117-5185
4291649        EDI: WFFC.COM Nov 13 2017 19:03:00      Wells Fargo Bank, N.A.,
               dba Wells Fargo Dealer Services,    P.O. Box 19657,    Irvine, CA 92623-9657
4333144        EDI: ECAST.COM Nov 13 2017 19:03:00      eCAST Settlement Corporation,    POB 29262,
               New York NY 10087-9262,    eCAST Settlement Corporation,    POB 29262,   New York NY 10087-9262
4333141        EDI: ECAST.COM Nov 13 2017 19:03:00      eCAST Settlement Corporation,    POB 29262,
               New York NY 10087-9262
                                                                                               TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0314-1          User: DDunbar              Page 2 of 2              Date Rcvd: Nov 13, 2017
                              Form ID: 3180W             Total Noticed: 40
```

| | | |
|---|---|---|
| cr* | +Capital One, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 | |
| cr* | ECAST Settlement Corporation, POB 29262, New York, NY 10087-9262 | |
| cr* | ECast Settlement Corporation, PO Box 28136, New York, NY 10087-8136 | |
| 4280231* | ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 (address filed with court: Bank of America, PO Box 15726, Wilmington, DE 19886) | |
| 4280232* | ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 (address filed with court: Bank of America, PO Box 15726, Wilmington, DE 19886) | |
| 4280233* | ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 (address filed with court: Bank of America, PO Box 15726, Wilmington, DE 19886) | |
| 4280234* | ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 (address filed with court: Bank of America, PO Box 15726, Wilmington, DE 19886) | |
| 4320785* | ++JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999 (address filed with court: Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-9617) | |
| 4280247* | ++M&T BANK, LEGAL DOCUMENT PROCESSING, 1100 WHERLE DRIVE, WILLIAMSVILLE NY 14221-7748 (address filed with court: M&T BANK, 1100 WEHRLE DRIVE, 2ND FLOOR, Buffalo, NY 14221) | |
| 4492177* | eCAST Settlement Corporation, PO Box 28136, New York, NY 10087-8136 | |
| 4492176* | eCAST Settlement Corporation, PO Box 28136, New York, NY 10087-8136 | |
| 4333143* | eCAST Settlement Corporation, POB 29262, New York NY 10087-9262 | |

```
                                                                              TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2017 at the address(es) listed below:

Ann E. Swartz    on behalf of Creditor   M&T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
Bass and Associates PC    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
James Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
John Michael Steidle    on behalf of Creditor   Citizens Bank, N.A. f/k/a RBS Citizens, N.A. jmsteidle@burnswhite.com, lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
Joshua I Goldman    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
Melanie Walz Scaringi    on behalf of Debtor 1 Juanito D. Algoso, Jr kelly@scaringilaw.com, melanie@scaringilaw.com
Thomas I Puleo    on behalf of Creditor   M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov

```
                                                                              TOTAL: 9
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Juanito D. Algoso Jr** | Social Security number or ITIN **xxx–xx–0659** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:13–bk–01389–RNO** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Juanito D. Algoso Jr

November 13, 2017

**By the court:**

Honorable Robert N. Opel
United States Bankruptcy Judge

By: DDunbar, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**